

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00129-CV

Stanton P. **BELL**, et al., Appellants/Cross-Appellees,
Appellants/Cross-Appellees

v.

**CHESAPEAKE ENERGY CORPORATION**, et al.,
Appellees/Cross-Appellants

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI22093
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, that portion of the MDL court's order denying Chesapeake's Deemed Drainage Claims Motion (First Drainage Motion) is AFFIRMED. That portion of the MDL court's order granting, in part, Chesapeake's Deemed Drainage Damages Motion (Second Drainage Motion) is REVERSED and judgment is RENDERED that Compensatory Royalty shall be measured by an amount equal to the Royalty Share of Gross Proceeds of production from the entire Adjacent Well.

SIGNED March 13, 2019.

_____
Rebeca C. Martinez, Justice